WILLIAM S. CANOUGH, as Administrator, etc., Appellant, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, Appellant.— Orders affirmed, without costs of this appeal to either party. All concurred.

MARGARET WINKLER, Individually and as Executrix, etc., Respondent, v. DER BAYERISCHE NATIONAL VERBAND VON NORD AMERIKA, Appellant.— Judgment and order affirmed, with costs. All concurred.

ANNA B. LIGHTHOUSE, Appellant, v. THE NATIONAL CASUALTY COMPANY OF DETROIT, MICHIGAN, Respondent.— Judgment and order affirmed, with costs. All concurred.

JACOB P. MILLER, JR., Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence was sufficient to require the submission to the jury of the questions: 1. Whether the insured became wholly disabled as provided by the policy. 2. Whether the defendant by retaining the policy with the letter advising it of the disability and claim, without requesting further information or furnishing to the insured the blanks prepared by it for making such proof, regarded the proof sufficient and waived other or further proof of disability. All concurred.

GEORGE MAKIN, Respondent, v. INTERNATIONAL RAILWAY COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

ALBERT W. WAGNER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of the Final Judicial Settlement of the Accounts of ROSIE A. SANDS and Another, as Executrices, etc., of THOMAS F. SMITH, Deceased. BELLE SMITH, Appellant; ROSIE A. SANDS, Individually and as Executrix, etc., and Others, Respondents.— Decree affirmed, with separate bills of costs to the respondents payable out of the estate. All concurred.

THOMAS KELLY, Appellant, v. UNION CARBIDE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.